## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 18-10065-02-EFM |
| | ) |
| SHANE M. GASKILL, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### ENTRY OF APPEARANCE

COMES NOW, Stephen T. Ariagno, of Ariagno, Kerns, Mank & White, and hereby enters his appearance in the above entitled cause on behalf of the Defendant, Shane M. Gaskill.

Respectfully submitted,

ARIAGNO, KERNS, MANK & WHITE

BY **/s/ Stephen T. Ariagno**
Stephen T. Ariagno #14883
Ariagno, Kerns, Mank & White
328 North Main Street
Wichita, KS 67202
(316) 265-5511
ariagno@aol.com
Attorney for Defendant

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above Entry of Appearance was filed and served electronically pursuant to the CM/ECF system on June 7, 2018, on all counsel of record.

**/s/ Stephen T. Ariagno**
Stephen T. Ariagno