# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 18-10065-02-EFM |
| ) | |
| SHANE M. GASKILL, ) | |
| Defendant. ) | |
| _____) | |

## MOTION FOR CONTINUANCE OF JURY TRIAL

COMES NOW the Defendant, Shane M. Gaskill, by and through counsel of record Stephen T. Ariagno and hereby moves this Court for an Order continuing the jury trial in the above captioned case. In support thereof, counsel for Defendant would show the Court the following:

1. The jury trial in this matter is scheduled for May 21, 2019, at 9:00 a.m.

2. The parties are working to finalize documents for diversion and should have that done within days.

3. Defense Counsel is requesting a continuance of approximately thirty (30) days.

4. Assistant United States Attorney, Debra Barnett, has no objection to this continuance.

WHEREFORE, Defendant respectfully requests that this Court enter an Order continuing the jury trial in the above captioned matter.

Respectfully submitted,

ARIAGNO, KERNS, MANK & WHITE

BY  /s/ Stephen T. Ariagno
Stephen T. Ariagno #14883
328 North Main Street
Wichita, KS 67202
(316) 265-5511
ariagno@aol.com
Attorney for Shane M. Gaskill

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above Motion for Continuance was filed and served electronically pursuant to the CM/ECF system on May 15, 2019, on all counsel of record.

                                              **/s/ Stephen T. Ariagno**
                                              Stephen T. Ariagno