# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 18-10065-02-EFM |
| ) | |
| SHANE M. GASKILL, ) | |
| Defendant. ) | |
| _____) | |

## ORDER FOR CONTINUANCE
## OF PRETRIAL STATUS HEARING AND JURY TRIAL

NOW ON THIS 20th day of May, 2019, the above-entitled matter comes before the Court on the motion of the Defendant, Shane M. Gaskill, for a continuance of the jury trial in the above captioned case. Defendant is requesting a continuance of approximately thirty (30) days. The Government appears by and through Assistant United States Attorney, Debra Barnett.

WHEREUPON, after examining the files and after reviewing the motion and being duly advised in the premises, the Court finds:

1. This case is currently scheduled for jury trial on May 21, 2019;

2. The parties are working to finalize documents for diversion and should have that done within days;

3. Defense Counsel is requesting approximately 30 days;

4. Assistant United States Attorney, Debra Barnett, does not object to this continuance;

5. Good cause has been shown that the Defendant's motion for continuance should be granted.

The COURT FURTHER FINDS that the period of delay resulting from the extension granted pursuant to this order shall be excludable time as provided for in 18 U.S.C. Sec. 3161 (h)(8) in that the ends of justice served by the granting of such continuance outweigh the best interest of the public and the Defendant in a speedy trial.

IT IS FURTHER ORDERED that the period of delay resulting from such continuance, May 21, 2019, to June 25, 2019, shall be excludable time as provided for by the Speedy Trial Act, 18 U.S.C. 3161(h)(7)."

IT IS THEREFORE ORDERED that Defendant's Motion to Continue, Doc. 84, is hereby GRANTED and the the jury trial is now scheduled for June 25, 2019 at 9:00 a.m. in Courtroom 408, and that the period of delay resulting from such continuance shall be excludable time as provided for by the Speedy Trial Act, 18 U.S.C. Sec. 3161(h)(7).

IT IS SO ORDERED.

HONORABLE ERIC F. MELGREN

APPROVED BY:

**s/ Stephen T. Ariagno**
Stephen T. Ariagno #14883
Attorney for Shane M. Gaskill

**/s/ Debra Barnett**
Debra Barnett
Assistant United States Attorney