# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      v.                              **CASE NO. 18-10065-02-EFM**

**SHANE M. GASKILL,**

      **Defendant.**

### JOINT MOTION TO APPROVE DEFERRED PROSECUTION

The United States of America, by and through Stephen R. McAllister, United States Attorney for the District of Kansas, and Debra L. Barnett, Assistant United States Attorney, and the defendant Shane M. Gaskill, by and through his attorney, Stephen T. Ariagno, jointly move the Court for an Order approving deferred prosecution, as contemplated by 18 U.S.C. § 3161(h)(2), and delayed discovery, as required by Fed. R. Crim. P. 12, 12.1, 12.2, 16, 26.2; Title 18, United States Code, §3500; Fed. R. Evid. 404(b); *Brady v. Maryland*, 373 U.S. 83 (1963); *Giglio v. United States*, 405 U.S. 150 (1970) and their progeny, during the period ending December 31, 2020.

In support of this motion, the parties state that on May 15, 2 019, an Agreement for Pretrial Diversion was executed by the parties, in which the United States agreed to defer

prosecution of the offenses charged in the Indictment and Superseding Indictments for a period of at least eighteen (18) months from the date of the agreement, and the defendant voluntarily and with the advice of his counsel, consented to such deferred prosecution and waived any defense to prosecution on the ground that a speedy trial had been denied. In addition, the defendant agreed to the delay of discovery and waived any defense related to that delay in discovery.

In addition, the defendant agreed to the payment of restitution, costs, penalties and/or fees as is listed in the diversion agreement, in the amount of $1,000.00. The parties request an Order be entered to reflect that the defendant shall pay this amount, by check or money order only, to: United States District Court, U.S. Courthouse, 401 N. Market, Wichita, Kansas 67202.

        Respectfully submitted,

        STEPHEN R. McALLISTER
        United States Attorney

        _/s/ Debra L. Barnett_____
        DEBRA L. BARNETT
        Assistant United States Attorney
        United States Attorney's Office
        301 N. Main, Suite 1200
        Wichita, Kansas 67202
        316-269-6481
        316-268-6484 (Fax)
        K.S.Ct.No. 12729
        debra.barnett@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the attorney for defendant.

s/ Debra L. Barnett
DEBRA L. BARNETT
Assistant U.S. Attorney
