**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 18-10065-02-EFM |
| ) | |
| SHANE M. GASKILL, ) | |
| Defendant. ) | |
| _____) | |

**RESPONSE TO GOVERNMENT'S MOTION TO RESUME PROSECUTION**

COMES NOW the Defendant, Shane M. Gaskill, by and through counsel of record Stephen T. Ariagno and submits this response to the government's motion. In support thereof, counsel for Defendant would show the Court the following:

1. On December 15, 2019, Shane Gaskill entered into an agreement for diversion with the United States Government on his above captioned matter.

2. Among the things that Mr. Gaskill agreed to do was write an apology letter, pay all fees, report as directed to his supervision officer, violate no laws, use no alcohol or drugs, and complete his GED.

3. During the course of the diversion, Mr. Gaskill has not violated any laws and has refrained from the use of alcohol and drugs. He has submitted his apology letter and has paid all fees. Mr. Gaskill has reported as directed to his supervising officer.

4. Mr. Gaskill has had difficulty completing the requirements for his GED. His preferred program to do so was Kansel. They have in person learning and programs that are better crafted to his learning. Mr. Gaskill has suffered from learning disabilities throughout his life and has struggled with school. Unfortunately, as a

      result of the Coronavirus pandemic, the Kansel in person programs were shut down. Mr. Gaskill struggled with online learning. He had not completed the GED requirement prior to the end of his term.

5. Shortly before the end of his diversion term, in December 2020, the government allowed Mr. Gaskill to extend the term of his agreement to give him an opportunity to complete the GED requirement. The agreement to extend was signed by Mr. Gaskill and the Government. It extended his diversion term to December 31, 2021.

6. The Kansel program restarted this year. The classes quickly filled to capacity and Mr. Gaskill was unable to start before March 1. He is now attending classes in person.

7. There remains nine months in his extended diversion term.

8. In February of this year, the government filed their Motion to Resume Prosecution. It does not state any grounds for termination and does not suggest that Mr. Gaskill has violated the agreement. Mr. Gaskill was unaware that the government was going to file the motion and had recently been communicating with his supervising officer about his progress.

9. Mr. Gaskill denies being in violation of his agreement.

WHEREFORE, Defendant respectfully requests that this Court deny the Government's motion.

>Respectfully submitted,
>
>ARIAGNO, KERNS, MANK & WHITE
>
>BY  **/s/ Stephen T. Ariagno**
>   Stephen T. Ariagno #14883
>   328 North Main Street
>   Wichita, KS 67202
>   (316) 265-5511
>   ariagno@aol.com
>   Attorney for Shane M. Gaskill

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above Motion for Continuance was filed and served electronically pursuant to the CM/ECF system on March 9, 2021, on all counsel of record.

>  **/s/ Stephen T. Ariagno**
> Stephen T. Ariagno