### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 18-10065-02-EFM |
| ) | |
| SHANE M. GASKILL, ) | |
| Defendant. ) | |
| _____) | |

### MOTION FOR CONTINUANCE OF
### STATUS CONFERENCE AND JURY TRIAL

COMES NOW the Defendant, Shane M. Gaskill, by and through counsel of record Stephen T. Ariagno of Ariagno, Kerns, Mank & White, and hereby moves this Court for an Order continuing the jury trial and pretrial status conference in the above captioned matter. In support thereof, counsel for Defendant would show the Court the following:

1. This matter is scheduled for pretrial status conference on November 24, 2021, at 9:00 a.m. The jury trial in this matter is scheduled for December 14, 2021, at 9:00 a.m.

2. The parties are discussing plea negotiations and need more time to finalize that.

3. Defense Counsel will need additional time because Counsel expects to do multiple jury trials in State courts during the next 60 days.

4. Defense Counsel is requesting a continuance of approximately sixty (60) days from the currently scheduled trial date.

5. Assistant United States Attorney, Debra Barnett, has no objection to this continuance.

6. This motion is being made in the interest of justice and not for purposes of delay. It is requested that the Court find that such additional time is excludable with 18 U.S.C. 3161(h)(7)(A) as it is submitted that based on the reasons stated failure to grant this continuance would result in a miscarriage of justice. See 18 U.S.C. 3161(h)(7)(b)(i).

WHEREFORE, Defendant respectfully requests that this Court enter an Order continuing the jury trial and pretrial status conference in the above captioned matter.

Respectfully submitted,

ARIAGNO, KERNS, MANK & WHITE

BY  **/s/ Stephen T. Ariagno**
   Stephen T. Ariagno #14883
   Ariagno, Kerns, Mank & White
   328 North Main Street
   Wichita, KS 67202
   (316) 265-5511
   Ariagno@aol.com
   Attorney for Shane M. Gaskill

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above Motion for Continuance was filed and served electronically pursuant to the CM/ECF system on November 17, 2021, on all counsel of record.

  **/s/ Stephen T. Ariagno**
Stephen T. Ariagno