# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| THE UNITED STATES OF AMERICA,        )<br>                              Plaintiff,  )<br>                                     )<br>vs.                                                               )   Case No. 18-10065-02-EFM<br>                                   )<br>SHANE M. GASKILL,                                    )<br>                              Defendant.   )<br>_____)| |

## ORDER FOR CONTINUANCE
## OF PRETRIAL STATUS HEARING AND JURY TRIAL

NOW ON THIS 8th day of February 2022, the above-entitled matter comes before the Court on the motion of the Defendant, Shane M. Gaskill, for a continuance of the jury trial and pretrial status hearing in the above captioned case. Defendant is requesting a continuance of approximately thirty (30) days. The Government appears by and through Assistant United States Attorney, Debra Barnett.

WHEREUPON, after examining the files and after reviewing the motion and being duly advised in the premises, the Court finds:

1. This matter is scheduled for pretrial status conference on February 7, 2022, at 9:00 a.m. The jury trial in this matter is scheduled for February 22, 2022, at 9:00 a.m.

2. Defense Counsel has received a plea agreement and needs additional time to review it with Mr. Gaskill and make our decision.

3. Defense Counsel is requesting a continuance of approximately thirty (30) days from the currently scheduled trial date.

4. Assistant United States Attorney, Debra Barnett, has no objection to this continuance.

5. This motion is being made in the interest of justice and not for purposes of delay. It is requested that the Court find that such additional time is excludable with 18 U.S.C. 3161(h)(7)(A) as it is submitted that based on the reasons stated failure to grant this continuance would result in a miscarriage of justice. See 18 U.S.C. 3161(h)(7)(b)(i).

The COURT FURTHER FINDS that the period of delay resulting from the extension granted pursuant to this order shall be excludable time as provided for in 18 U.S.C. Sec. 3161 (h)(7)(A) in that the ends of justice served by the granting of such continuance outweigh the best interest of the public and the Defendant in a speedy trial.

IT IS FURTHER ORDERED that the period of delay resulting from such continuance, February 22, 2022, to March 22, 2022, shall be excludable time as provided for by the Speedy Trial Act, 18 U.S.C. 3161(h)(7)."

IT IS THEREFORE ORDERED that Defendant's pretrial status hearing is now scheduled for March 7, 2022, at 8:15 a.m. in Judge's Chambers, Room 414, and the jury trial is now scheduled for March 22, 2022 at 9:00 a.m. in Courtroom 408, and that the period of delay resulting from such continuance shall be excludable time as provided for by the Speedy Trial Act, 18 U.S.C. Sec. 3161(h)(7).

IT IS SO ORDERED.

*Eric F. Melgren*
HONORABLE ERIC F. MELGREN
CHIEF U.S. DISTRICT JUDGE

APPROVED BY:

**s/ Stephen T. Ariagno**
Stephen T. Ariagno #14883
Attorney for Shane M. Gaskill

**/s/ Debra Barnett**
Debra Barnett
Assistant United States Attorney