IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| THE UNITED STATES OF AMERICA, )<br>          Plaintiff, )<br>)<br>vs. )<br>)<br>SHANE M. GASKILL, )<br>          Defendant. )<br>) | Case No. 18-10065-02-EFM |

**ORDER FOR CONTINUANCE OF SENTENCING HEARING**

NOW ON THIS 18th day of August, 2022, the above-entitled matter comes before the Court on the motion of the Defendant, Shane M. Gaskill, for a continuance of the sentencing hearing in the above captioned case. Defendant is requesting a continuance of approximately thirty (30) days. The Government appears by and through Assistant United States Attorney, Debra Barnett.

WHEREUPON, after examining the files and after reviewing the motion and being duly advised in the premises, the Court finds:

1. The sentencing hearing in this matter is scheduled for August 23, 2022, at 2:30 p.m.

2. Mr. Gaskill has been able to secure the funds and an appointment for a mental health evaluation with Comcare. That evaluation is scheduled for Friday, August 19th in the morning. The report will not be ready by the time of sentencing on August 23rd.

3. Defense Counsel feels that the mental health evaluation may be helpful for the Court in determining the issues that Mr. Gaskill faces and may have contributed to his decisions at the time of the offense for which he has been convicted.

4. Defense Counsel is requesting a continuance of approximately thirty (30) days from the currently scheduled sentencing date.

5. Assistant United States Attorney, Debra Barnett, has no objection to this continuance.

6. This motion is being made in the interest of justice and not for purposes of delay. It is requested that the Court find that such additional time is excludable with 18 U.S.C. 3161(h)(7)(A) as it is submitted that based on the reasons stated failure to grant this continuance would result in a miscarriage of justice. See 18 U.S.C. 3161(h)(7)(b)(i).

IT IS THEREFORE ORDERED that Defendant's Motion to Continue Sentencing, Doc. 133 is hereby GRANTED.

IT IS FURTHER ORDERED that Defendant's sentencing is now scheduled for September 26, 2022 at 2:15 p.m. in Courtroom 408.

IT IS SO ORDERED.

HONORABLE ERIC F. MELGREN
CHIEF U.S. DISTRICT JUDGE

APPROVED BY:

**s/ Stephen T. Ariagno**
Stephen T. Ariagno #14883
Attorney for Shane M. Gaskill

**/s/ Debra Barnett**
Debra Barnett
Assistant United States Attorney