AO 245B   (Rev. 09/19 - D/KS 04/20) Judgment in a Criminal Case
Sheet 2 – Imprisonment

FILED
U.S. District Court
District of Kansas
Judgment — Page 2 of 7

NOV 16 2...

Clerk, U.S. District Court
By _____ Deputy Clerk

DEFENDANT:   Shane M Gaskill
CASE NUMBER:   6:18CR10065 - 002

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of <u>18 months</u>.

☒ The Court makes the following recommendations to the Bureau of Prisons:
At request of defendant, designation to a facility close to the defendant's family in Kansas to facilitate family visitation.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district.

  ☐ at ___ on ___.

  ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before ___ on ___.

  ☒ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on *November 1, 2022* to *FCI Texarkana*

at *Texarkana, Texas*, with a certified copy of this judgment.

Warden

U.S. MARSHALS SERVICE
RECEIVED
NOV 15 2022
DISTRICT OF KANSAS

UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal
CSD